# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES H. DONELL, PERMANENT RECEIVER, | ) |
| Plaintiff, | ) |
| | ) 2:07-cv-00001-KJD-VCF |
| v. | ) |
| | ) **O R D E R** |
| FIDELITY NATIONAL TITLE AGENCY OF NEVADA, et al., | ) |
| Defendants. | ) |

    This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 USC § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Connie Farris, who is the subject of a motion filed in this case, is a former client of the undersigned. Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

    IT IS SO ORDERED.

    DATED this 15th day of December, 2011.

                                               **CAM FERENBACH**
                                               **UNITED STATES MAGISTRATE JUDGE**