**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES H. DONELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE AGENCY OF NEVADA, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:07-cv-00001-KJD-PAL<br><br>**ORDER**<br><br>(Mtn for Leave - Dkt. #161) |

On January 10, 2012, the court held a hearing on Defendant/Cross-Claimant Fidelity National Title Agency of Nevada, Inc.'s Motion for Leave Under Federal Rule of Civil Procedure 30(a)(2)(B) to Conduct Deposition of Connie Farris; Motion for Order Shortening Time (Dkt. #161). Randolph Howard appeared on behalf of Plaintiff James H. Donell, Permanent Receiver; Douglas Gerrard appeared on behalf of Defendant/Cross-Claimant Fidelity; Aaron D. Ford appeared on behalf of Defendant Rita Flood.

Connie Farris was the former principal of Global Express Capital Real Estate Investment Fund I, LLC (the "Fund"). Plaintiff James H. Donell has been pursuing claims on behalf of the Fund since he was appointed permanent receiver. Ms. Farris is a material witness regarding those claims. Fidelity asserts Ms. Farris' testimony is central to the claims in this case and relevant to the communications which took place over the course of the transactions at issue. In November, 2011, Ms. Farris was convicted of federal mail fraud charges and subsequently sentenced to twelve years in prison. At the hearing counsel did not know whether she had appealed her sentence, and had not spoken to her attorney to determine whether she would invoke or waive her Fifth Amendment right against self incrimination in response to any deposition question.

     Because Ms. Farris is incarcerated, Federal Rule of Civil Procedure 30(a)(2)(B) requires a court order to depose her.

     Having reviewed and considered the matter and for good cause shown,

**IT IS ORDERED:**

1. Defendant/Cross-Claimant Fidelity's Motion for Leave Under Federal Rule of Civil Procedure 30(a)(2)(B) to Conduct Deposition of Connie Farris; Motion for Order Shortening Time (Dkt. #161) is GRANTED.

2. Counsel for Defendant/Cross-Claimant Fidelity shall forthwith confer with counsel for Ms. Farris before regarding whether Ms. Farris intends to assert her Fifth Amendment privilege against self-incrimination during her deposition.

3. If she does not intend to invoke her privilege against self incrimination, counsel for Defendant shall schedule the deposition of Ms. Farris with the Bureau of Prisons to take place no later than February 17, 2012.

Dated this 17th day of January, 2012.

                                                       PEGGY A. LEEN
                                                       UNITED STATES MAGISTRATE JUDGE